IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| GREGORY B. MYERS, | ) |
| Appellant, | ) |
| v. | ) Case Nos.: 25-2042-TDC |
| ROGER SCHLOSSBERG, TRUSTEE, *et al.*, | ) |
| Appellees. | ) |

## ORDER DISMISSING APPEAL

Upon consideration of the *Motion to Dismiss Appeal* (the "*Motion*"), [Dkt. #19], filed by the Appellees herein, any opposition or reply memoranda filed thereto, and this Court being fully advised, it is hereby

**ORDERED** that the *Motion* shall be, and is hereby, **GRANTED**; and it is further

**ORDERED** that the above-captioned appeal shall be, and is hereby, **DISMISSED**.

_____
Theodore D. Chuang, U.S.D.J.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the ***11th*** day of ***February 2026***, I served a copy of the foregoing proposed *Order Dismissing Appeal* upon all parties as follows: (a) via electronic mail to:

>Maurice B. VerStandig, Esq.
>9812 Falls Road, #114-160
>Potomac, MD 20854
>mac@mvbesq.com
>*Attorney for Appellees,*
>*Brian King, Cristina King and the*
>*Cristina and Brian King Children's Trust*

and (b) via first-class mail, postage prepaid, to:

>Gregory B. Myers
>700 Gulf Shore Blvd. North
>Naples, FL 34102
>*Appellant / Debtor*

>>>*/s/ Frank J. Mastro*
>>>Frank J. Mastro