## PROPOSED ORDER

Upon consideration of Appellant Gregory B. Myers's Motion for Stay Pending Appeal of the Effect and Enforceability of the June 3, 2026 Memorandum Opinion and Order, any opposition, and the record, it is this _____ day of _____, 2026, by the United States District Court for the District of Maryland,

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that pending appeal to the United States Court of Appeals for the Fourth Circuit, the effect and enforceability of this Court's June 3, 2026 Memorandum Opinion and Order, ECF No. 41, the June 3, 2026 Order, ECF No. 42, and the June 29, 2026 Order denying rehearing, ECF No. 45, are **STAYED** to the extent those orders may be asserted to have operative, preclusive, enforcement, governance, title, control, evidentiary, or estoppel effect concerning Serv Trust, Serv Trust's alleged interest in 6789 Goldsboro LLC, 6789 Goldsboro LLC, Myers, the current Serv Trust trustee, Serv Trust beneficiaries, or other absent nonparties; and it is further

**ORDERED**, that, at minimum, the effect and enforceability of the June 3, 2026 Memorandum Opinion and Order are **STAYED**, or alternatively **HELD IN ABEYANCE**, until this Court resolves Civil Action No. 26-2175-TDC, Myers's pending appeal concerning the Bankruptcy Court's April 15, 2026 orders entered in the same adversary proceeding and settlement structure; and it is further

**ORDERED**, that pending appeal, the June 3, 2026 Memorandum Opinion and Order and June 29, 2026 rehearing order shall not operate as a substitute for a final, unstayed, executable state-court judgment, a Rule 7001 adversary proceeding, a § 541 estate-property adjudication, service of process, due process, relief from stay, standing, or adjudication binding Serv Trust, the current Serv Trust trustee, Serv Trust beneficiaries, 6789 Goldsboro LLC, Myers, or other absent nonparties; and it is further

**ORDERED**, that this stay is entered solely to preserve the status quo pending appellate review and does not adjudicate, create, transfer, validate, perfect, or alter any property right, estate interest, trust right, LLC right, state-court right, or nonparty right; and it is further

**ORDERED**, that no bond is required.

THEODORE D. CHUANG
United States District Judge