FILED:  July 15, 2026

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

_____

No. 26-1901
(8:25-cv-02042-TDC)

_____

In re: GREGORY B. MYERS

        Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee; BRIAN KING; CRISTINA KING;
CRISTINA AND BRIAN KING CHILDREN'S TRUST

        Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-02042-TDC |
| Date notice of appeal filed in originating court: | 07/08/2026 |
| Appellant(s) | Gregory B. Myers |
| Appellate Case Number | 26-1901 |
| Case Manager | R. Phillips 804-916-2702 |