## [PROPOSED] ORDER

Upon consideration of Appellant Gregory B. Myers's Amended Motion for Stay Pending Appeal of the Effect and Enforceability of the June 3, 2026 Memorandum Opinion and Order, any opposition, and the record, it is this ___ day of _____, 2026, by the United States District Court for the District of Maryland,

ORDERED, that the Amended Motion is GRANTED; and it is further

ORDERED, that pending appeal to the United States Court of Appeals for the Fourth Circuit, the effect and enforceability of this Court's June 3, 2026 Memorandum Opinion, ECF No. 41, June 3, 2026 Order, ECF No. 42, and June 29, 2026 Order denying rehearing, ECF No. 45, are STAYED, including, to the extent within this Court's authority, any operative, preclusive, enforcement, governance, title, control, evidentiary, or estoppel effect concerning Serv Trust, Serv Trust's interest in 6789 Goldsboro LLC, 6789 Goldsboro LLC, Gregory B. Myers, the current Serv Trust trustee, the Serv Trust beneficiaries, or other absent nonparties; and it is further

ORDERED, that, at minimum, the operative and preclusive effect of the June 3, 2026 Memorandum Opinion and Order is STAYED, or alternatively HELD IN ABEYANCE, until this Court resolves Civil Action No. 26-2175-TDC; and it is further

ORDERED, that pending appellate review, the June 3, 2026 Memorandum Opinion and Order and the June 29, 2026 rehearing order shall not operate as a substitute for a final, unstayed, executable state-court judgment, a Rule 7001 adversary proceeding, a section 541 estate-property adjudication, a statutory mechanism capturing any postpetition interest for the Chapter 7 estate, service, due process, relief from stay, standing, or an adjudication binding Serv Trust, the current Serv Trust trustee, the Serv Trust beneficiaries, 6789 Goldsboro LLC, Gregory B. Myers, or other absent nonparties; and it is further

ORDERED, that pursuant to Federal Rule of Bankruptcy Procedure 8025(c), this stay also stays the underlying Bankruptcy Court orders affirmed by the June 3, 2026 judgment while this appellate stay remains in effect; and it is further

ORDERED, that this stay is entered solely to preserve the status quo pending appellate review and does not adjudicate, create, transfer, validate, perfect, modify, terminate, or alter any property right, estate interest, trust right, beneficiary interest, LLC right, state-court right, or nonparty right; and it is further

ORDERED, that no bond or other security is required.

THEODORE D. CHUANG
United States District Judge