# EXHIBIT 8

**April 2, 2018 Serv Trust Demand for Jury Trial**

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

BRIAN KING, et al.,

    Plaintiffs,

v.

    Case No.: 436977-V

SERV TRUST,

    Defendant.

---

## DEMAND FOR JURY TRIAL

---

    **COMES NOW** the Defendant, Serv Trust, through counsel, Dominic J. Souza, Esquire, Stephen Kontson, Esquire, and Souza, LLC, and pursuant to Maryland Rule 2-325, Defendant hereby elects a jury trial on all claims advanced in the above-captioned action.

    Respectfully submitted,

**SOUZA LLC**
2543 Housley Road
Annapolis, Maryland 21401
Tel: (410) 571-8366
Fax: (410) 571-8367

By: _____
      Dominic J. Souza, Esquire
      Stephen Kontson, Esquire
      *Attorneys for Defendant*

Souza LLC

2543 Housley Rd.

Annapolis, MD 21401

(410) 571-8366

1

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

BRIAN KING, et al.,

    Plaintiffs,

v.

                           Case No.:  436977-V

SERV TRUST,

    Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _2nd_ day of April, 2018, I did forward a copy of the foregoing DEMAND FOR JURY TRIAL via United States, First-Class Mail, postage pre-paid, to:

Maurice B. VerStandig, Esq.
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone:  301-444-4600
Facsimile:  301-576-6885
E-mail:  mac@mbvesq.com
*Attorney for the Plaintiffs*

By: _____
     Dominic J. Souza, Esquire

**Souza LLC**

2543 Housley Rd.

Annapolis, MD 21401

(410) 571-8366

2