# EXHIBIT 12

**July 11, 2016 Letter from Ellen K. Harrison to Brian King**

# McDermott
# Will & Emery

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Ellen K. Harrison
Attorney at Law
eharrison@mwe.com
+1 202 756 8635

July 11, 2016

Mr. Brian King
6789 Goldsboro LLC
3925 Beech Avenue
Baltimore, MD  21211

Dear Mr. King:

I am a practicing attorney admitted to the bar and in good standing with the State of Maryland.  I prepared a trust agreement dated July 21, 2010, entitled "Serv Trust," on behalf of the settlor. The trustees of Serv Trust are Gregory Brian Myers and Daniel J. Ring.  The trustees have asked me to confirm for you, as lender, and I do confirm, that as trustees they have authority to own property and to borrow funds, execute loan documents and make requests for advances under loan documents evidencing the loan from 6789 Goldsboro LLC to Serv Trust.

Please let me know if you need further evidence of the authority of the trustees to do all things necessary to secure the loan from 6789 Goldsboro LLC.

Sincerely,

Ellen K. Harrison

DM_US 74373889-1.T15280.0010

U.S. practice conducted through McDermott Will & Emery LLP.

The McDermott Building  500 North Capitol Street, N.W.  Washington D.C.  20001-1531   Telephone: +1 202 756 8000   Facsimile: +1 202 756 8087   www.mwe.com