UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

30 DEC 2025 PM 2 L

$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0014950420
FROM 20770

BS8801.13

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

FILED          ENTERED
LOGGED         RECEIVED

JUL 24 2026

UNC
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND  DEPUTY
BY

NIXIE          339    5E 1          0207/18/26

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 20770124999    *2217-10109-30-40