**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

CAPITAL DISTRICT 208

19 NOV 2025PM 3 L



$0.74 0
US POSTAGE IMI
FIRST-CLASS
063S0001443222
FROM 20770

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

FILED                ENTERED
LODGED        RECEIVED

JUL 24 2026

CLERK
DISTRICT OF MARYLAND    DEPUTY
                        UNC
BY
20770>1249
34102-592500

NIXIE        339    5E 1          0207/18/26
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
SC: 20770124999      *2317-05080-19-44