Rcv'd by: _____

**Case No.: 8:25-cv-02042-TDC**

USDC- GREENBELT
'25 NOV 12 PM 3:51

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

---

### GREGORY B. MYERS,

*Appellant,*

v.

### ROGER SCHLOSSBERG, ET AL.,

*Appellees.*

---

**Appeal from the United States Bankruptcy Court
for the District of Maryland
Case No.: 15-26033**

---

## APPELLANT GREGORY B. MYERS' MOTION FOR
## ENLARGEMENT OF TIME TO FILE INITIAL BRIEF

---

Gregory B. Myers, *pro se*
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

November 12, 2025

FILED ____ ENTERED
LOGGED ____ RECEIVED

JUL 2 4 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND    DEPUTY
BY

1