CIRCUIT COURT FOR BALTIMORE CITY
CRIMINAL DIVISION
CLARENCE M. MITCHELL, JR. COURTHOUSE
100 N. CALVERT ST., ROOM 628
BALTIMORE, MD 21202

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 21202 $ 002.27⁰
02 7W
0008029258 AUG 11 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY
AUG 17 2026
___ FILED ___ ENTERED
___ LOGGED SCS RECEIVED

US District Court
101 W. Lombard St.
Baltimore MD. 21201

Office of the Clerk
United States District Court
Baltimore, MD 21201

OFFICIAL BUSINESS

$1.030
US POSTAGE IMI
FIRST-CLASS
063S0014950435
FROM 21201

Baltimore P&DC 212
WED 29 JUL 2026 PM

TO whom

Gregory B. Myers
700 Gulf Shore Blvd. N.
Naples, FL 34102

NIXIE 339 4E 1 0207/18/26
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 21213140899 *2474-05377-18-34

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

AUG 17 2026

FILED ENTERED
LOGGED SL RECEIVED

UNC
21213>1408