FILED: October 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1894 (L)
(8:25-cv-02103-TDC)

---

In re: GREGORY B. MYERS

Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee

Defendant - Appellee

and

BRIAN KING; CRISTINA KING; CRISTINA AND BRIAN KING CHILDREN'S TRUST

Plaintiffs - Appellees

---

No. 26-1899
(8:25-cv-02338-TDC)

---

In re: GREGORY B. MYERS

Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee; BRIAN KING; CRISTINA KING;

CRISTINA AND BRIAN KING CHILDREN'S TRUST

Appellees

---

No. 26-1901
(8:25-cv-02042-TDC)

---

In re: GREGORY B. MYERS

Debtor - Appellant

v.

ROGER SCHLOSSBERG, Trustee; BRIAN KING; CRISTINA KING;
CRISTINA AND BRIAN KING CHILDREN'S TRUST

Appellees

---

O R D E R

---

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Rushing, and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk